UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN PAUL SIMS                                    CIVIL ACTION

VERSUS                                                NUMBER:  04-3298

CITY OF SLIDELL, ET AL.                               SECTION:  "I" (5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this _____15th_____ day of August, 2007.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE